No. 11–1230. DELANDER v. HUBBARD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–1233. TORAIN v. DEUTSCHE BANK NATIONAL TRUST CO. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 11–1239. TELASCO v. 7320 BISCAYNE, LLC. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 11–1242. ZORN ET UX. v. DEMETRI ET AL. Sup. Ct. N. H. Certiorari denied.

No. 11–1264. HEARTS BLUFF GAME RANCH, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 11–1267. LAHRICHI v. LUMERA CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–1280. FOSSEN ET AL. v. BLUE CROSS & BLUE SHIELD OF MONTANA, INC. C. A. 9th Cir. Certiorari denied.

No. 11–1299. CALABRESE v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES (Reported below: 446 Fed. Appx. 38); CALABRESE v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES (446 Fed. Appx. 1); CALABRESE v. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. (446 Fed. Appx. 50); CALABRESE v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES (446 Fed. Appx. 33); CALABRESE v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES (446 Fed. Appx. 34); and CALABRESE v. DEPARTMENT OF HEALTH AND HUMAN SERVICES (446 Fed. Appx. 47). C. A. 9th Cir. Certiorari denied.

No. 11–1303. GROVES ET AL. v. CITY OF DARLINGTON, SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 11–1330. IRVIN v. RAY. Ct. App. Ariz. Certiorari denied.

No. 11–1349. WEITZ CO., LLC v. MACKENZIE HOUSE, LLC, ET AL. C. A. 8th Cir. Certiorari denied.